People of State of Illinois, Defendant in Error, v. Philip Cimino, Plaintiff in Error.

Gen. No. 10,100.

opinion filed February 14, 1947; released for publication March 4, 1947. Raphael E. Yalden, for plaintiff in error; Max A. Weston, State's Attorney and Robert R. Canfield, Assistant State's Attorney, for defendant in error. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.